# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Frank Brett
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

#1 David Samson Boss
#2 Mrs. Noryega Ny. Court clerk
#3 US Marshall Black Man Tyrone Untimani
#4 Bill Naulty

"See Attached"

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: [X] Yes [ ] No

*(check one)*

2018 AUG 16 P 3:31 RECEIVED US COURT NEW JERSEY

## I. Parties in this complaint:

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
- Name: Frank Brett
- Street Address: 822 Johnston St
- County, City: Philadelphia, Philadelphia
- State & Zip Code: PA, 19148
- Telephone Number: _____

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name David Samson Boss
Street Address 4 World Trade Center
County, City New York, New York
State & Zip Code New York 10007

Defendant No. 2
Name Mrs. Noryega - Manhattan, New York court clerk
Street Address 601 Market St.
County, City New York, New York
State & Zip Code New York, 10007

Defendant No. 3
Name U.S. Marshall Bhet Men Tyrone Unknown
Street Address 50 Walnut St.
County, City Newark
State & Zip Code New Jersey 07101

Defendant No. 4
Name Bill Jam[?]
Street Address 4 World Trade Center
County, City New York, New York 10007
State & Zip Code New York 10007

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   [ ] Federal Questions
   [ ] Diversity of Citizenship
   [ ] U.S. Government Plaintiff
   [X] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 18 USC #371 AID Conspiracy To Commit Offense Against U.S. Gov't and The Committing of The Offense against the U.S. Gov't Bribery and 18 USC Obstruction of Justice

- 2 -

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _New Jersey, New York, Pennsylvania, Columbia, South Carolina and Florida_

B. What date and approximate time did the events giving rise to your claim(s) occur? _2010 to 9/24/2015 and run until 8/16/18 with Evidence Today From Construction Co. Shanshar_

C. Facts: _See Pg 1 until Pg 73 with Exhibits. On Thursday 8/16/18 around 12:30 pm U.S. Marshall Block Mr. Tyrone had been violating my 1st Amendment Right To Privacy with other U.S. Marshalls in Newark, NJ. He has been violating me in Newark, NJ, and has been following me around with other U.S. Marshalls and Courtroom Court Clerks._

[Sidebar labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

- 3 -

**IV.     Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. In 11/2017 I was hit and run by PD H CM 7465 on my way to NJ. US. Federal Courthouse. The Middletown Pa. Paramedics and Police Officer Leach forced me to go to the Hospital for X Rays to My Sprained Left knee and hit my Head.

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I am Asking For an In Injunction from Summer-Christine Sabol a stripper who's friend it was who ran me over on RT. 1.

- 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 16th day of August, 2018.

Signature of Plaintiff _Frank Brett_
Mailing Address _633 Johnston St_
_Phila, Pa 19148_

Telephone Number _____

Fax Number *(if you have one)* _____

E-mail Address _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Frank Brett_